IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN DOE,<br><br>          Plaintiff<br><br>     v.<br><br>UNIVERSITY OF MASSACHUSETTS, TRUSTEES OF THE UNIVERSITY OF MASSACHUSETTS, HANNAH MONBLEAU, in her official and individual capacities, KATE LEGEE, in her official and individual capacities, ESMERALDA LEVESQUE, a/k/a ESMERALDA Mendez, in her official and individual capacities, ADAM DUNBAR in his official and individual capacities, BRETT SOKOLOW,<br><br>          Defendants | No. 1:23-cv-12077-WGY |

**PLAINTIFF JOHN DOE'S MOTION FOR A PRELIMINARY INJUNCTION AGAINST <u>UNIVERSITY OF MASSACHUSETTS AND TRUSTEES</u>**

Plaintiff, John Doe, by and through undersigned counsel, respectfully moves this Court pursuant to Fed. R. Civ. P. Rule 65 for preliminary relief under Count I of his Complaint for deprivation of his First Amendment rights under color of state law in violation of 42 U.S.C. § 1983 and the Fourteenth Amendment. Plaintiff respectfully moves this Court for a preliminary injunction requiring the University of Massachusetts and the Trustees of the University of Massachusetts to reinstate Plaintiff's full student status, room, and board at the University of Massachusetts campus in Lowell, Massachusetts (UMass Lowell) until the Court rules on the merits of the instant Complaint. Plaintiff also respectfully moves this Court to preliminarily enjoin the University of Massachusetts from reporting its finding of sexual misconduct by

Plaintiff's Motion for a Preliminary Injunction

Plaintiff to any inquiring parties when background checks are conducted, and from requiring Plaintiff to complete "consent training" prior to registering for future classes. In support of this motion, Plaintiff relies on his Complaint filed in this action, the accompanying Declaration of Ilya Feoktistov, Esq., and the accompanying memorandum of law.

WHEREFORE, Plaintiff respectfully requests the Court grant his Motion and issue a preliminary injunction pending a decision on the merits of Plaintiff's claims in this matter.

DATED: November 6, 2023

> Respectfully submitted,
> John Doe,
> By his Attorney,
>
> _____
> Ilya I. Feoktistov, Esq.
> B.B.O. No. 704458
> LAW OFFICE OF ILYA FEOKTISTOV
> 292 Newbury Street, No. 544
> Boston, MA 02115
> (617) 462-7938
> if@ilyafeoktistov.com

## SERVICE CERTIFICATE

I, Ilya Feoktistov, counsel for Plaintiff John Doe in the above-captioned matter, hereby certify that on November 8, 2023, I served a true and accurate copy of the foregoing document on the parties of record by filing electronically and by email on counsel for the University of Massachusetts, the Trustees of the University of Massachusetts, Hannah Monbleau, Kate Legee, Esmeralda Levesque, and Adam Dunbar at:

Michael Hoven, MHoven@umassp.edu

Maria Sheehy, MSheehy@umassp.edu

Plaintiff's Motion for a Preliminary Injunction

_____
Ilya I. Feoktistov, Esq.