IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

JOHN DOE,

          Plaintiff

     v.

UNIVERSITY OF MASSACHUSETTS,
TRUSTEES OF THE UNIVERSITY OF
MASSACHUSETTS, HANNAH MONBLEAU, in
her official and individual capacities, KATE
LEGEE, in her official and individual capacities,
ESMERALDA LEVESQUE, a/k/a ESMERALDA
Mendez, in her official and individual capacities,
ADAM DUNBAR in his official and individual
capacities, BRETT SOKOLOW,

          Defendants

No. 1:23-cv-12077-WGY

## PLAINTIFF JOHN DOE'S NOTICE OF VOLUNTARY DISMISSAL OF ALL CLAIMS AGAINST DEFENDANT BRETT SOKOLOW

Plaintiff, John Doe, by and through undersigned counsel, respectfully gives notice of

voluntary dismissal without prejudice of Count III against Defendant Brett Sokolow pursuant to

Fed. R. Civ. P. Rule 41(a)(1)(A)(i). There are no other claims against Defendant Brett Sokolow

remaining in the instant matter.

DATED: December 11, 2023

                Respectfully submitted,
                John Doe,
                By his Attorney,

Plaintiff's Notice of Voluntary Dismissal of Brett Sokolow

Ilya I. Feoktistov, Esq.
B.B.O. No. 704458
LAW OFFICE OF ILYA FEOKTISTOV
292 Newbury Street, No. 544
Boston, MA 02115
(617) 462-7938
if@ilyafeoktistov.com

### SERVICE CERTIFICATE

I, Ilya Feoktistov, counsel for Plaintiff John Doe in the above-captioned matter, hereby certify that on December 11, 2023, I served a true and accurate copy of the foregoing document on the parties of record by filing electronically.

_____
Ilya I. Feoktistov, Esq.