# Exhibit A

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

_____
JOHN DOE,                                )
       Plaintiff,                    )
                                         )
v.                                       )  Case No. 1:23-cv-12077-WGY
                                         )
UNIVERSITY OF MASSACHUSETTS,             )
TRUSTEES OF THE UNIVERSITY OF            )
MASSACHUSETTS, HANNAH MONBLEAU,          )
in her official and individual capacities, )
KATE LEGEE, in her official and individual )
capacities, ESMERALDA LEVESQUE, a/k/a    )
ESMERALDA MENDEZ, in her official and    )
individual capacities, ADAM DUNBAR, in his )
official and individual capacities,      )
BRETT SOKOLOW,                           )
       Defendants.                   )
_____)

**STIPULATED FACTS**

Plaintiff John Doe ("Doe") and Defendants the University of Massachusetts, the Trustees of the University of Massachusetts (with the University of Massachusetts, the "University"), Hannah Monbleau, Kate Legee, Esmeralda Levesque, and Adam Dunbar (Monbleau, Legee, Levesque, Dunbar, and the University, collectively, the "University Defendants") stipulate to the following facts.

1. Doe is a male Indian national in a Ph.D. program at the University of Massachusetts Lowell. See Dkt. No. 1, Compl., ¶ 9; Dkt. No. 26, Answer, ¶ 9.

2. Defendant University of Massachusetts is a public institution of higher learning established by the Commonwealth in Mass. Gen. Laws ch. 75, § 1 et seq. It receives Federal funding for its education programs. Compl., ¶ 13; Answer, ¶ 13.

Stipulated Facts

3. Defendant Trustees of the University of Massachusetts is the governing board of the University of Massachusetts. Compl., ¶ 14; Answer, ¶ 14.

4. The University of Massachusetts has a campus in Lowell, Massachusetts ("UMass Lowell").

5. UMass Lowell has a Student Conduct Code. Ex. __.

6. UMass Lowell has a Sexual Harassment Grievance Procedure. Ex. __.

7. Defendant Hannah Monbleau was employed by UMass Lowell as its Assistant Director of Student Life and Well-Being. Compl., ¶ 17; Answer, ¶ 17.

8. Defendant Kate Legee was employed by UMass Lowell as its Director of Student Conduct and Prevention. Compl., ¶ 18; Answer, ¶ 18.

9. Defendant Adam Dunbar was employed by UMass Lowell as its Senior Associate Director of Student Affairs. Compl., ¶ 19; Answer, ¶ 19.

10. Defendant Esemeralda Levesque was employed by UMass Lowell as its River Hawk Scholars Academy Coordinator. Compl., ¶ 20; Answer, ¶ 20.

11. Doe worked as a resident advisor ("RA") in a dormitory on campus. Compl., ¶ 9.

12. On Sunday, May 7, 2023, RAs J.T., C.T.Z., E.Z, and E.H. met with their supervisor to report concerns about Doe. Compl., ¶ 60; Answer, ¶ 60; Ex. __, Investigative Report, Appendix A.

Stipulated Facts

13. C.T.Z., J.T., and E.H. made formal complaints against Doe. Exs. __ [emails from C.T.Z., J.T., and E.H. to Ann Ciaraldi]. On May 19, 2023, Doe received letters from both the Student Conduct Office and from a Deputy Title IX Coordinator. Compl., ¶ 61; Answer, ¶ 61; Exs. __ [letters to Doe].

14. On May 19, 2023, Doe was suspended from his duties as resident advisor. Ex. __ [letter to Doe].

15. On May 22, 2023, no-contact orders were put in place between Doe and each of E.H., E.Z., J.T., and C.T.Z. Ex. __ [no-contact orders].

16. Monbleau was assigned to investigate the Doe case.

17. E.Z. did not participate in the investigation. Compl., ¶ 94; Answer, ¶ 94.

18. Monbleau interviewed E.H. on June 5, 2023. Compl., ¶ 95; Answer, ¶ 95.

19. On June 5, 2023, Monbleau asked E.H. if there were witnesses E.H. would like Monbleau to interview. Ex.__, Investigative Report].

20. E.H. told Monbleau that she should interview S.K. as a witness. Ex.__, Investigative Report

21. Monbleau interviewed C.T. and J.T. on June 6, 2023. Compl., ¶ 97; Answer, ¶ 97.

22. On June 5, 2023, Monbleau asked C.T. if there were witnesses C.T. would like Monbleau to interview. Ex.__, Investigative Report].

Stipulated Facts

23. C.T told Monbleau that she should interview S.K. and G.D. as witnesses. Ex.__, Investigative Report.

24. On June 6, 2023, Monbleau contacted Doe to schedule an interview. Ex. __ [email to Doe].

25. Monbleau interviewed S.K. as a witness on June 14, 2023. Compl., ¶ 105; Answer, ¶ 105. Ex.__, Investigative Report

26. The University issued a no-contact order between Doe and S.K. on June 20, 2023.

27. S.K. subsequently made a formal complaint against Doe. Ex. __ [email from S.K. to Ann Ciaraldi].

28. Monbleau interviewed Doe on June 23, 2023. Compl., ¶ 117; Answer, ¶ 117; Investigative Report.

29. On June 23, 2023, Monbleau asked Doe if there were witnesses Doe would like Monbleau to interview. Ex.__, Investigative Report].

30. Doe told Monbleau that she should interview A.M. as a witness. Ex.__, Investigative Report.

31. On June 26, 2023, Monbleau asked Doe if there were witnesses he would like her to interview or screenshots of messages he wanted to send her for inclusion in the report. Ex. __ [email from Monbleau to Doe].

Stipulated Facts

32. Doe sent Monbleau various screenshots of messages and extended explanations of his interactions with the complainants, which Monbleau included in the report. Ex.__, Investigative Report.

33. Monbleau interviewed G.D. as a witness on June 27, 2023. Compl., ¶ 111; Answer, ¶ 111.

34. Monbleau interviewed A.M. as a witness on June 29, 2023. Ex.__, Investigative Report.

35. Monbleau wrote to Doe on June 30, 2023 to request a second interview. Compl., ¶ 126; Answer, ¶ 126; Ex. __ [email from Monbleau to Doe].

36. Monbleau interviewed Doe for a second time on July 5, 2023. Compl., ¶ 130; Answer, ¶ 130; Investigative Report].

37. The University sent the Investigative Report, excluding its appendices, to Doe on July 11, 2023. Ex. __. [Letter from M. Coughlin to Doe enclosing Investigation Report].

38. In the Investigative Report, Monbleau recommended "to move this case, per the Title IX Sexual Harassment Grievance Procedure, to a hearing panel for a charge against [Mr. Doe] . . . [of] Sexual Misconduct." Compl., ¶ 150; Answer, ¶ 150; Investigative Report.

39. On July 12, 2023, Michael Coughlin, UMass Lowell's Associate Director of Student Rights & Responsibilities, notified Doe that his case would move to a "Title IX

Stipulated Facts

hearing panel," scheduled for August 7, 2023, and that he "will need an advisor to conduct cross-examination."

40. On July 13, 2023, the University notified Doe that his case would move to a Hearing Panel scheduled for August 7, 2023. Ex. __ [Letter from M. Coughlin to Doe re hearing panel].

41. On July 19, 2023, Doe notified the University that he is designating Attorney Ilya Feoktistov as his "support person concerning this matter." [Letters from Doe to M. Coughlin]

42. The University sent the Investigative Report, including its appendices, to Doe and Attorney Feoktistov on July 20, 2023. [Letter from M. Coughlin to Doe enclosing Investigation Report].

43. On July 20, 2023, the University notified Doe and Attorney Feoktistov that his case would move to a Hearing Panel under the "Student Conduct process," scheduled for August 22, 2023, and identified the members of the Hearing Panel. Ex. __ [Letter from M. Coughlin to Doe re hearing panel].

44. On July 28, 2023, the University notified Doe and Attorney Feoktistov of a change in the composition of the Hearing Panel, which would consist of Legee, Dunbar, and Levesque. Compl., ¶ 158; Answer, ¶ 158; Ex. __ [Letter from M. Coughlin to Doe re hearing panel].

Stipulated Facts

45. On July 30, 2023, Doe submitted a written response to the Investigative Report. Ex __.

46. On August 9, 2023, Legee notified Doe and Attorney Feoktistov of the individuals anticipated to attend the Hearing Panel. Ex. __ [Letter from K. Legee to Doe re hearing panel].

47. On August 16, 2023, the University sent Doe and Attorney Feoktistov a copy of his response to the Investigative Report and the investigator's response to Doe. Ex. __ [Letter from M. Coughlin enclosing investigator's response.].

48. On August 21, 2023, Attorney Feoktistov informed the University that Doe will not be attending the Hearing Panel. Ex. __ [August Letter from Feoktistov to M. Coughlin re decision not to attend].

49. The University convened a hearing panel on August 22, 2023 to determine whether Doe was responsible for a violation of the Student Conduct Code. Ex. __ [Letter from K. Legee to Doe enclosing hearing panel's decision].

50. Doe did not attend the Hearing Panel. Ex. __ [Letter from K. Legee to Doe enclosing hearing panel's decision]

51. On September 7, 2023, the University notified Mr. Doe that the Hearing Panel found him responsible for sexual misconduct. Compl., ¶ 164; Answer, ¶ 164.

Stipulated Facts

52.     The Hearing Panel issued a written decision setting forth its findings, rationale, and the sanctions it imposed on Doe. Ex. __ [Letter from K. Legee to Doe enclosing hearing panel's decision].