# Exhibit B

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN DOE,<br>    Plaintiff,<br><br>v.<br><br>UNIVERSITY OF MASSACHUSETTS,<br>TRUSTEES OF THE UNIVERSITY OF<br>MASSACHUSETTS, HANNAH MONBLEAU,<br>in her official and individual capacities,<br>KATE LEGEE, in her official and individual<br>capacities, ESMERALDA LEVESQUE, a/k/a<br>ESMERALDA MENDEZ, in her official and<br>individual capacities, ADAM DUNBAR, in his<br>official and individual capacities,<br>BRETT SOKOLOW,<br>    Defendants. | Case No. 1:23-cv-12077-WGY |

## JOINT EXHIBIT LIST

| Exhibit | Date | Description |
|---|---|---|
| 1 | 9/7/2023 | Letter from K. Legee to Doe re decision of Hearing Panel |
| 2 | 8/1/2022 | Student Conduct Code |
| 3 | 10/12/2022 | University of Massachusetts Lowell Sexual Harassment Grievance Procedure |
| 4 | 5/19/2023 | Letter from Office of Student Conduct to Doe |
| 5 | 5/19/2023 | Letter from Deputy Title IX Coordinator to Doe |
| 6 | 5/19/2023 | Letter from Office of Residential Life to Doe |
| 7 | 7/11/2023 | Letter from M. Coughlin to Doe enclosing Investigation Report |
| 8 | 7/12/2023 | Email from M. Coughlin to Doe re hearing panel |
| 9 | 7/13/2023 | Letter from M. Coughlin to Doe re hearing panel |
| 10 | 7/20/2023 | Letter from M. Coughlin to Doe enclosing Investigation Report |
| 11 | 7/20/2023 | Investigative Report and Appendices |
| 12 | 7/30/2023 | Doe's Response to Investigative Report |

Joint Exhibit List

| Exhibit | Date | Description |
|---------|------|-------------|
| 13 | 8/16/2023 | Investigator's Response to Doe's Response to Report |
| A | 4/1/2021 | H. Monbleau Facebook Post |
| B | 5/19/2023 | Letter from A. Ciaraldi to K.G. |
| C | 5/19/2023 | Letter from J. Bragg to K.G. |
| D | 5/19/2023 | Letter from Office of Student Conduct to K.G. |
| E | 5/22/2023 | No contact order to K.G. re E.H., E.Z., J.T., C.T.Z. |
| F | 5/22/2023 | No contact order to Doe re E.H., E.Z., J.T., C.T.Z. |
| G | 5/30/2023 | Email from A. Ciaraldi re J.T. and CTZ formal complaint. |
| H | 5/30/2023 | Email from A. Ciaraldi re E.H. formal complaint. |
| I | 6/6/2023 | Letter from H. Monbleau to K.G. |
| J | 6/6/2023 | Letter from H. Monbleau to Doe |
| K | 6/20/2023 | No contact order to Doe re S.K. |
| L | 6/26/2023 | Email from H. Monbleau to Doe and K.G. |
| M | 6/27/2023 | Email from A. Ciaraldi re S.K. formal complaint |
| N | 6/30/2023 | Email from H. Monbleau to K.G. |
| O | 7/13/2023 | Letter from M. Coughlin to K.G. |
| P | 7/17/2023 | Letter from J. Bragg to K.G. |
| Q | 7/20/2023 | Letter from M. Coughlin to Doe re hearing panel |
| R | 7/20/2023 | Letter from M. Coughlin to Doe re hearing panel |
| S | 7/28/2023 | Letter from M. Coughlin to Doe re hearing panel |
| T | 7/30/2023 | Investigation Response Form (Non-Title IX) |
| U | 8/9/2023 | Letter from K. Legee to Doe re hearing panel |
| V | 8/16/2023 | Letter from M. Coughlin enclosing investigator's response. |