IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

JOHN DOE,

        Plaintiff

        v.

UNIVERSITY OF MASSACHUSETTS,
TRUSTEES OF THE UNIVERSITY OF
MASSACHUSETTS, HANNAH MONBLEAU, in
her official and individual capacities, KATE
LEGEE, in her official and individual capacities,
ESMERALDA LEVESQUE, a/k/a ESMERALDA
Mendez, in her official and individual capacities,
ADAM DUNBAR in his official and individual
capacities, BRETT SOKOLOW,

        Defendants

No. 1:23-cv-12077-WGY

## PLAINTIFF JOHN DOE'S NOTICE OF VOLUNTARY DISMISSAL OF COUNT III UNDER 20 U.S.C. §§ 1681 ET SEQ.

Plaintiff, John Doe, by and through undersigned counsel, respectfully gives notice pursuant to Fed. R. Civ. P. Rule 41(a)(1)(A)(i) of voluntary dismissal without prejudice of Count II against Defendants University of Massachusetts and Trustees of the University of Massachusetts. Count II alleged violations of Title IX of the Education Amendments of 1972, 20 U.S.C. §§ 1681 et seq. All other claims against Defendants University of Massachusetts and Trustees of the University of Massachusetts remain pending.

DATED: December 21, 2023

Respectfully submitted,
John Doe,
By his Attorney,

Plaintiff's Notice of Voluntary Dismissal of Count II

_____
Ilya I. Feoktistov, Esq.
B.B.O. No. 704458
LAW OFFICE OF ILYA FEOKTISTOV
292 Newbury Street, No. 544
Boston, MA 02115
(617) 462-7938
if@ilyafeoktistov.com

## SERVICE CERTIFICATE

I, Ilya Feoktistov, counsel for Plaintiff John Doe in the above-captioned matter, hereby certify that on December 21, 2023, I served a true and accurate copy of the foregoing document on the parties of record by filing electronically.

_____
Ilya I. Feoktistov, Esq.